**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBIN RICHARDSON | : | CIVIL ACTION – LAW |
| | : | |
| | : | |
| v. | : | NO. |
| | : | **19   5478** |
| | : | |
| AMERICAN RED CROSS | : | <u>JURY TRIAL DEMANDED</u> |

**FILED**

NOV 2 2 2019

...MAN, Clerk
Dep. Clerk

### <u>NOTICE OF REMOVAL</u>

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT**
**COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:**

Defendant, American National Red Cross (incorrectly named as American Red Cross),

by and through its counsel, Marshall Dennehey Warner Coleman & Goggin, pursuant to 28

U.S.C. §§ 1331, 1441, and 1446, files this Notice of Removal of a certain action pending in the

Philadelphia County Court of Common Pleas, and in support thereof states as follows:

1.      American National Red Cross is a defendant in the action entitled *Richardson v.*

*American Red Cross*, docketed at October Term, 2019, No. 00259, pending in the Philadelphia

County Court of Common Pleas ("State Court"). True and correct copies of Plaintiff's Civil

Action Complaint and State Court docket entries are attached hereto as Exhibit "A."

2.      American National Red Cross was served with the Civil Action Complaint on

October 22, 2019, via personal service. A true and correct copy of the Affidavit of Service is

attached hereto as Exhibit "B."

3.      The foregoing papers attached hereto as Exhibit "A" are, upon information and

belief, the only process, pleadings, and orders served upon moving Defendants pursuant to 28

U.S.C. § 1446(a).

4.    American National Red Cross desires to remove this action to this Court, and submits this notice, along with the attached exhibits, in accordance with 28 U.S.C. §§ 1331, 1441, and 1446.

5.    Federal subject matter jurisdiction exists over the American National Red Cross by virtue of 36 U.S.C. § 300105(a)(5), a provision of the American National Red Cross' federal charter, which grants it the power to sue and be sued in any court of law in equity, state or federal, within the jurisdiction of the United States.

6.    The United States Supreme Court has construed the "sue and be sued" provision of the American National Red Cross's charter as conferring "original jurisdiction on federal courts over all cases to which Red Cross is a party, with the consequence that the organization is thereby authorized to remove from state to federal court any state-law action it is defending." American National Red Cross v. S.G., 112 S. Ct. 2465, 2467 (1992).

7.    Plaintiff's claims of damages arise from an an alleged slip and fall accident that occurred in Philadelphia, Pennsylvania. *See* Exhibit "A."

8.    Venue is properly laid in this District because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this District. 28 U.S.C. §1391(a)(2).

9.    In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within 30 days after service upon American National Red Cross.

10.    Written notice of the filing of this Notice of Removal will be provided to Plaintiff, and a copy of this Notice of Removal and supporting papers will be filed with the Clerk of the State Court, as provided by 28 U.S.C. §1446(d).

**WHEREFORE**, American National Red Cross (incorrectly named as American Red Cross) prays that the above described action pending against it in the State Court be removed to this Court.

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

BY: _____

Thomas P. Wagner, Esquire
Andrew C. Goldstein, Esquire
Attorneys for Defendant,
American National Red Cross
(incorrectly identified in the Complaint
as American Red Cross)

Dated: __11/21/19__

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN RICHARDSON | : CIVIL ACTION – LAW |
| | : |
| | : NO. |
| v. | : |
| | : |
| | : JURY TRIAL DEMANDED |
| AMERICAN RED CROSS | : |

## A F F I D A V I T

**ANDREW C. GOLDSTEIN, ESQUIRE,** being duly sworn according to law deposes

and states that the facts set forth in the foregoing Notice of Removal are true and correct to the

best of his knowledge, information, and belief.

_____
**ANDREW C. GOLDSTEIN, ESQUIRE**

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 21ST DAY
OF _Novembor_, 2019

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Mary Frances Woodruff, Notary Public
City of Philadelphia, Philadelphia County
My commission expires September 19, 2021

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Notice of Removal was

sent by First Class mail, postage prepaid, to the following counsel of record:

Brandon A. Swartz
Swartz Culleton PC
547 E. Washington Avenue
Newtown, PA 18940

**MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN**

BY: _____

Thomas P. Wagner, Esquire
Andrew C. Goldstein, Esquire
Attorneys for Defendant,
American National Red Cross
(incorrectly identified in the Complaint
as American Red Cross)

Dated: 11 / 21 / 19

# EXHIBIT "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**OCTOBER 2019**

**000259**

E-Filing Number: 1910017961

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ROBIN RICHARDSON | AMERICAN RED CROSS |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1708 S. TAYLOR STREET<br>PHILADELPHIA PA 19145 | 2213-2221 CHESTNUT STREET<br>PHILADELPHIA PA 19103 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☒ Complaint    ☐ Petition Action    ☐ Notice of Appeal<br>☐ Writ of Summons    ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000 00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

CASE TYPE AND CODE

2S - PREMISES LIABILITY, SLIP/FALL

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|---|
| | **FILED<br>PRO PROTHY**<br><br>OCT **07** 2019<br><br>**M. BRYANT** | YES        NO |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: ROBIN RICHARDSON

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| BRANDON A. SWARTZ | 547 E. WASHINGTON AVE.<br>NEWTOWN PA 18940 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (215)550-6553 | (215)550-6557 |

| SUPREME COURT IDENTIFICATION NO | E-MAIL ADDRESS |
|---|---|
| 78344 | bswartz@swartzculleton.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *BRANDON SWARTZ* | Monday, October 07, 2019, 05:17 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**SWARTZ CULLETON PC**
By: Brandon A. Swartz, Esquire
Identification No. 78344
By: Bryan M. Ferris, Esquire
Identification No. 93105
547 E. Washington Avenue
Newtown, PA 18940
T: (215) 550-6553
F: (215) 550-6557

Attorneys for Plaintiff
Robin Richardson



| | | |
|---|---|---|
| ROBIN RICHARDSON<br>1708 S. Taylor Street<br>Philadelphia, PA 19145<br>*Plaintiff* | : <br> : <br> : <br> : <br> : | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>_____ TERM, 2019 |
| | : <br> : | NO. |
| vs. | : <br> : | |
| AMERICAN RED CROSS<br>2213-2221 Chestnut Street<br>Philadelphia, PA  19103<br>*Defendant* | : <br> : <br> : <br> : | **JURY TRIAL DEMANDED** |

## NOTICE TO DEFEND

### NOTICE

You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the Plaintiff.  You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.
LAWYER REFERRAL AND INFORMATION SERVICE

**Philadelphia Bar Association**
**Lawyer Referral**
**and Information Service**
**One Reading Center**

### AVISO

Le han demandado a usted en la corte.  Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparesencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona.  Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación.  Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.
LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE.  SI NO TIENE ABOGADO O SI NO TIENDE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL. ASSOCIACION DE LICENCIADOS DE FILADELFIA SERVICO DE REFERENCIA E INFORMACION LEGAL.

**Asociacion De Licenciados**

1

Philadelphia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

De Filadelfia
Servicio De Referencia E
Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

2

Case ID: 191000259

**SWARTZ CULLETON PC**                          Attorneys for Plaintiff,
By: Brandon A. Swartz, Esquire                 Robin Richardson
Identification No. 78344
By: Bryan M. Ferris, Esquire
Identification No. 93105
547 E. Washington Avenue
Newtown, PA 18940
T: (215) 550-6553
F: (215) 550-6557

| | | |
|---|---|---|
| ROBIN RICHARDSON | : | COURT OF COMMON PLEAS |
| 1708 S. Taylor Street | : | PHILADELPHIA COUNTY |
| Philadelphia, PA 19145 | : | |
| *Plaintiff* | : | _____ TERM, 2019 |
| | : | |
| | : | NO. |
| vs. | : | |
| | : | |
| AMERICAN RED CROSS | : | |
| 2213-2221 Chestnut Street | : | |
| Philadelphia, PA 19103 | : | **JURY TRIAL DEMANDED** |
| *Defendant* | : | |

## CIVIL ACTION COMPLAINT

1.     Plaintiff, Robin Richardson, is an adult individual and resident and citizen of the

Commonwealth of Pennsylvania, residing therein at the above-captioned address.

2.     Defendant, American Red Cross, is a federally chartered corporation authorized to

do business in the Commonwealth of Pennsylvania with a place of business located therein at the

above-captioned address.

3.     Venue is proper in Philadelphia County because the incident giving rise to

Plaintiff's claims occurred in Philadelphia County, and because the Defendant regularly and

continuously conducts business in Philadelphia County.

3

4.      At all times relevant hereto, the Defendant acted by and through its agents, servants, employees, workmen and/or other representatives, who were, in turn, acting within the course and scope of their employment, agency and/or service for the same.

5.      At all times material herein, Defendant, by and through its trustees, directors, agents, servants, workmen, employees and/or other representatives, who were acting within the course and scope of their employment with the Defendant, owned, operated, controlled, leased, inspected, possessed, managed, and/or maintained the premises located at 2221 Chestnut Street, Philadelphia, PA 19103.

6.      On or about October 30, 2018, and for a long time prior thereto, it was the duty of the Defendant, by and through its trustees, directors, agents, servants, workmen, employees and/or other representatives, to keep and maintain the premises located at 2221 Chestnut Street, Philadelphia, PA 19103 in a reasonably safe condition for persons lawfully upon the premises, such as Plaintiff, Robin Richardson.

**COUNT I**
**ROBIN RICHARDSON v. AMERICAN RED CROSS**
**NEGLIGENCE – PREMISES LIABILITY**

7.      Plaintiff hereby incorporates by reference paragraphs one (1) through six (6) of the within Complaint, as though the same were fully set forth at length herein.

8.      On or about October 30, 2018, Plaintiff, Robin Richardson, was in the course and scope of her employment with TUCS Cleaning Service Inc., and was walking inside the aforementioned premises located at 2221 Chestnut Street, Philadelphia, PA 19103, when, suddenly and without warning, and as a direct result of a defective and/or dangerous condition upon said premises, Plaintiff slipped on a puddle of water believed to have formed as a result of

4

a leaking pipe, thereby causing her to fall and sustain various severe and permanent bodily injuries and losses as more fully set forth below.

9.     The incident described in the preceding paragraphs of the within Complaint was caused by the negligence and carelessness of the Defendant, American Red Cross, by and through its agents, servants, workmen, employees and/or other representatives acting within the course and scope of the employment, agency and/or service for the same, generally and in the following particular respects:

(a)     carelessly and negligently allowing a dangerous condition to exist for a prolonged period of time so as to cause injury to the Plaintiff, more specifically failing to timely clear a puddle of water believed to have formed as a result of a leaking pipe that had accumulated on the floor of the aforesaid premises;

(b)     carelessly and negligently failing to recognize an accumulation of water believed to have formed as a result of a leaking pipe on the aforesaid premises which caused Plaintiff's fall and removing the same from the premises;

(c)     carelessly and negligently failing to inspect the premises in such a manner so as to identify defects and prevent potential bodily injuries to third parties, such as the Plaintiff;

(d)     carelessly and negligently failing to recognize the defect which caused the puddle of water believed to have formed as a result of a leaking pipe to accumulate on the aforesaid premises and to timely remedy same;

(e)     carelessly and negligently creating and allowing a dangerous condition to exist by failing to provide proper safety warnings to individuals lawfully on the Defendant's premises;

(f)     failing to ensure that the premises could be traversed in a manner which would not cause a danger to potential third parties, such as the Plaintiff;

(g)     failing to adequately and timely repair defects to the aforesaid premises, more specifically failing to clear a puddle of water formed as a result of a leaking pipe;

(h)     failing to correct a dangerous and hazardous condition of which the Defendant was aware or should have been aware;

5

    (i)      failing to warn people lawfully upon the Defendant's premises, such as the Plaintiff, of the aforesaid dangerous condition;

    (j)      otherwise failing to provide a safe place for persons lawfully upon the Defendant's premises, such as the Plaintiff, to travel;

    (k)     negligence by virtue of the doctrine of *respondeat superior*; and

    (l)      negligence by virtue of the doctrine of *res ipsa loquitor*.

10.     Plaintiff, Robin Richardson, in no manner contributed to her injuries, which were the direct and proximate result of the Defendant's own negligence and/or carelessness.

11.     As a result of the aforesaid negligence of the Defendant, Plaintiff, Robin Richardson, suffered severe injuries, including, but not limited to, cervical sprain and strain, cervical radiculopathy, lumbar spine sprain and strain, right shoulder sprain and strain, right elbow sprain and strain, right wrist sprain and strain, as well as aches, pains, mental anxiety and anguish, and a severe shock to her entire nervous system. Plaintiff has in the past and will in the future undergo severe pain and suffering as a result of which she has been in the past and will in the future be unable to engage in her usual activities, all to her great detriment and loss.

12.     As a result of the aforesaid negligence of the Defendant, Plaintiff has been and will be obliged to receive and undergo medical attention and care and to expend various sums for the treatment of her injuries and incur such expenditures for an indefinite time in the future.

13.     As a further result of the aforesaid accident, Plaintiff, Robin Richardson, has in the past and may in the future suffer a loss of her earnings and/or earning power, and she may incur such loss for an indefinite period in the future.

14.     Further, by reason of the aforesaid occurrence, Plaintiff has and/or may hereinafter incur other financial expenses all in an effort to treat and cure herself of the injuries sustained in the aforesaid accident.

Case ID: 191000259

15.    As a further result of the aforesaid negligence of the Defendant, Plaintiff has or may have suffered injuries resulting in the serious and/or permanent loss of use of a bodily function, dismemberment, and/or scarring, which may be in full or part cosmetic disfigurements which are or may be permanent, irreparable and severe.

16.    As a further result of the aforesaid accident, Plaintiff has suffered a loss of the enjoyment of her usual duties, avocations, life's pleasures and activities, and the shortening of her life expectancy, all to her great detriment and loss.

17.    As a further result of the aforesaid accident, Plaintiff has suffered great and unremitting physical pain, suffering and mental anguish, all of which may continue in the future.

WHEREFORE, Plaintiff, Robin Richardson, demands judgment against Defendant, American Red Cross, in an amount in excess of Fifty Thousand Dollars ($50,000.00).


                                        Respectfully,

                                        **SWARTZ CULLETON PC**

                                By:     /s/Brandon A. Swartz
                                        Brandon A. Swartz, Esquire
                                        Bryan M. Ferris, Esquire

                                        *Attorneys for Plaintiff,*
                                        Robin Richardson

Date: October 7, 2019


7

Case ID: 191000259

## VERIFICATION

I, _____, hereby state that I am the Plaintiff in this action and verify that the statements made in the foregoing Civil Action Complaint are true and correct to the best of my knowledge, information and belief.   The undersigned understands that the statements herein are made subject to the penalties of 18 Pa. C.S. 4904 relating to unsworn falsification to authorities.

Robin Richardson



No Items in Cart | LOGIN



**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout

## Case Description

| | |
|---|---|
| **Case ID:** | 191000259 |
| **Case Caption:** | RICHARDSON VS AMERICAN RED CROSS |
| **Filing Date:** | Monday , October 07th, 2019 |
| **Court:** | MAJOR JURY-EXPEDITED |
| **Location:** | City Hall |
| **Jury:** | JURY |
| **Case Type:** | PREMISES LIABILITY, SLIP/FALL |
| **Status:** | WAITING TO LIST CASE MGMT CONF |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | SWARTZ, BRANDON A |
| **Address:** | 547 E. WASHINGTON AVE. NEWTOWN PA 18940 (215)550-6553 | **Aliases:** | *none* | |
| | | | | |
| 2 | 1 | | PLAINTIFF | RICHARDSON, ROBIN |
| **Address:** | 1708 S. TAYLOR STREET PHILADELPHIA PA | **Aliases:** | *none* | |

| | 19145 | | | |
|---|---|---|---|---|
| | | | | |
| 3 | | | DEFENDANT | AMERICAN RED CROSS |
| Address: | 2213-2221 CHESTNUT STREET PHILADELPHIA PA 19103 | Aliases: | *none* | |
| | | | | |
| 4 | | | TEAM LEADER | NEW, ARNOLD L |
| Address: | 606 CITY HALL PHILADELPHIA PA 19107 (215)686-7260 | Aliases: | *none* | |
| | | | | |
| 5 | 1 | | ATTORNEY FOR PLAINTIFF | FERRIS, BRYAN M |
| Address: | 547 E. WASHINGTON AVE. NEWTOWN PA 18940 (215)550-6553 | Aliases: | *none* | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 07-OCT-2019 05:17 PM | ACTIVE CASE | | | 08-OCT-2019 09:13 AM |
| Docket Entry: | E-Filing Number: 1910017961 | | | |
| | | | | |
| 07-OCT-2019 05:17 PM | COMMENCEMENT CIVIL ACTION JURY | SWARTZ, BRANDON A | | 08-OCT-2019 09:13 AM |
| Documents: | Click link(s) to preview/purchase the documents Final Cover | | Click HERE to purchase all documents related to this one docket entry | |
| Docket | *none*. | | | |

| Entry: | |
|---|---|

| 07-OCT-2019 05:17 PM | COMPLAINT FILED NOTICE GIVEN | SWARTZ, BRANDON A | | 08-OCT-2019 09:13 AM |
|---|---|---|---|---|
| **Documents:** | ⚡ Click link(s) to preview/purchase the documents Complaint and verification.pdf | | 🛒 **Click HERE to purchase all documents related to this one docket entry** | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | | |

| 07-OCT-2019 05:17 PM | JURY TRIAL PERFECTED | SWARTZ, BRANDON A | | 08-OCT-2019 09:13 AM |
|---|---|---|---|---|
| **Docket Entry:** | 12 JURORS REQUESTED. | | | |

| 07-OCT-2019 05:17 PM | WAITING TO LIST CASE MGMT CONF | SWARTZ, BRANDON A | | 08-OCT-2019 09:13 AM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 09-OCT-2019 12:48 PM | ENTRY OF APPEARANCE-CO COUNSEL | FERRIS, BRYAN M | | 09-OCT-2019 12:48 PM |
|---|---|---|---|---|
| **Documents:** | ⚡ Click link(s) to preview/purchase the documents EOA - bmf.pdf | | 🛒 **Click HERE to purchase all documents related to this one docket entry** | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF BRYAN M FERRIS AS CO-COUNSEL FILED. (FILED ON BEHALF OF ROBIN RICHARDSON) | | | |

| 22-OCT-2019 12:07 PM | AFFIDAVIT OF SERVICE FILED | | | 22-OCT-2019 12:20 PM |
|---|---|---|---|---|
| **Documents:** | ⚡ Click link(s) to preview/purchase the documents 49135 AOS.pdf | | 🛒 **Click HERE to purchase all documents related to this one docket entry** | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON AMERICAN RED CROSS BY PERSONAL SERVICE ON 10/22/2019 FILED. | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ┆▶ Case Parties    ┆▶ Docket Entries

Search Home

# EXHIBIT "B"

## AFFIDAVIT OF SERVICE
### LawServe LLC, 123 South 22nd Street, Philadelphia, PA 19103

| Plaintiff | COURT NAME | Case ID |
|---|---|---|
| ROBIN RICHARDSON | Philadelphia Court of Common Pleas | 191000259 |

| Defendant | DOCUMENT TO BE SERVED |
|---|---|
| AMERICAN RED CROSS : | Civil Cover Sheet, Notice to Defend/Complaint in Civil Action, Verification |

*Filed and Attested by the Office of Judicial Records 22 ... on*

**SERVE AT** {

INDIVIDUAL, COMPANY, CORPORATION, ETC., TO BE SERVED:
**AMERICAN RED CROSS**

**2213-2221 Chestnut Street, Philadelphia, PA 19103**

| ATTORNEY FOR PLAINTIFF | | INTERNAL CASE # |
|---|---|---|
| Brandon A. Swartz, Esquire<br>Swartz Culleton PC<br>547 E. Washington Avenue<br>Newtown, PA 18940 | Phone: (215) 550-6553<br>Fax: (215) 550-6557<br>Email: | Richardson |

**Doug Perri**, hereby certifies in accordance with law that he did **serve** upon above named Defendant a true and correct copy of the above-captioned on __October 22, 2019__ at __11:42 AM__ in the following manner:

49135

- [ ] Party(s) personally served.
- [ ] Adult family member with whom said Party(s) reside(s)
- [ ] Adult in charge of Party's residence who refused to give name or relationship.
- [ ] Adult person in charge of Party's residence.
- [ ] Manager / Clerk of place of lodging in which Party(s) reside(s).
- [x] Agent or person in charge of Party's office or usual place of business.  **Clifton Salas, Chief Operating Officer**
  _____ an officer of said Party's company.
- [ ] POSTED

Comments:

Description (if required):
Sex: __Male__    Age: __40 - 45 Yrs.__  Height: __5' 5" - 5' 7"__  Weight:__155-170 Lbs.__  Skin Color: __White__    Hair Color: __Dk. Brown__

On the
  Party not found because: ( ) Moved  ( ) Unknown  ( ) Vacant  ( ) Other  ( ) No Response

Commonwealth of Pennsylvania - Notary Seal
CHRISTOPHER J. LATTMANN, Notary Public
Philadelphia County
My Commission Expires October 9, 2022
Commission Number 1258129

I certify the foregoing to be true and correct.
SWORN TO AND SUBSCRIBED:
Before me this 22nd day of **October 2019**

_____
Notary Public

_____
SIGNATURE

**Doug Perri**
_____
PRINT NAME

Client ID: Richardson
12:03:33 PM

Case ID: 191000259